IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 7 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00367-BNB

DELEON DUNGY,

    Applicant,

v.

H. A. RIOS, J.R., F.C.I. Florence, Warden,

    Respondent.

---

ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A
DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

On March 29, 2006, the Court ordered Applicant Deleon Dungy to show cause within thirty days why the instant habeas corpus action should not be denied for failure to exhaust his claim through the United States Bureau of Prisons' (BOP) three-step administrative grievance procedure. On April 4, 2006, Mr. Dungy submitted a response to the order to show cause that appears to demonstrate he has exhausted the BOP's administrative procedure as to his asserted claim.

Therefore, the habeas corpus application will not be denied at this time for failure to exhaust the BOP's administrative procedure. The March 29, 2006, order directing Mr. Dungy to show cause will be discharged. This case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the March 29, 2006, order directing Applicant Deleon Dungy to show cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 7th day of April, 2006.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00367-BNB

Deleon Dungy
Reg. No. 29952-013
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  4-7-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk