**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 06-cv-00367-REB-BNB

DELEON DUNGY,

    Plaintiff,

v.

H.A. RIOS, JR., F.C.I. Florence, Warden,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#19], filed April 2, 2007. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#19], filed April 2, 2007, is **APPROVED AND ADOPTED** as an order of this court; and

2. That the **Order To Show Cause** [#11], filed April 21, 2006, is **DISCHARGED**;

---

[1] This standard pertains even though plaintiff is proceeding *pro se*. *Morales-Fernandez*, 418 F.3d at 1122.

3.  That the **Application For a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#3], filed March 2, 2006, is **DENIED AS MOOT**; and

4.  That this case is **DISMISSED**.

Dated May 3, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge